UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

_____

| | |
|---|---|
| **DERRICK LEVON CARTER** | **CIVIL ACTION NO. 06-2150-A** |
| **-vs-** | **JUDGE DRELL** |
| **TIM WILKINSON, et al.** | **MAGISTRATE JUDGE KIRK** |

**O R D E R**

The Report and Recommendation is not adopted.  The case is referred back to Magistrate James D. Kirk for the purpose of effecting service of process.

SIGNED on this 29th day of October, 2007, at Alexandria, Louisiana.

Dee D. Drell
United States District Judge